IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES ALEXANDER BISHOP**,<br>**Plaintiff,**<br><br>v.<br><br>**JOHN D. WILSON, II,**<br>**Defendant.** | )<br>)<br>)  **C.A. No. 20- 3 Erie**<br>)<br>)  **District Judge Susan Paradise Baxter**<br>)  **Magistrate Judge Richard A. Lanzillo**<br>)<br>) |

## MEMORANDUM ORDER

Plaintiff James Alexander Bishop initiated this civil rights action on January 8, 2020, by filing a motion to proceed *in forma pauperis* ("ifp motion"), accompanied by a *pro se* complaint against Defendant John D. Wilson, II, an officer with the Erie Police Department. This matter was referred to United States Magistrate Judge Richard A. Lanzillo for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. Judge Lanzillo granted Plaintiff's ifp motion on January 14, 2020, and the complaint was filed on that date.

On March 20, 2020, Defendant filed a partial motion to dismiss for failure to state a claim [ECF No. 11], arguing, *inter alia*, that many of Plaintiff's allegations were too vague and ambiguous to properly answer. After Plaintiff failed to file a timely response to Defendant's motion, Judge Lanzillo entered a show cause order requiring Plaintiff to file a response by May 29, 2020 or suffer a recommendation that this case be dismissed for failure to prosecute [ECF No. 14]. Plaintiff still did not file a response.

As a result, on August 19, 2020 , Judge Lanzillo issued a Magistrate Judge's Report and

Recommendation ("R&R") recommending that this case be dismissed for Plaintiff's failure to prosecute. [ECF No. 15]. Service of the R&R was made on Plaintiff at his address of record, via first class United States mail. Objections to the R&R were due from Plaintiff by September 8, 2020; however, Plaintiff has failed to file any objections.

After de novo review of the complaint and documents in this case, together with the report and recommendation, the following order is entered:

AND NOW, this 25th day of September, 2020;

IT IS HEREBY ORDERED that this case is DISMISSED for Plaintiff's failure to prosecute. The report and recommendation of Magistrate Judge Lanzillo, issued August 19, 2020 [ECF No. 15], is adopted as the opinion of the court. The Clerk is directed to mark this case CLOSED.

SUSAN PARADISE BAXTER
United States District Judge

cc:  The Honorable Richard A. Lanzillo
     U.S. Magistrate Judge

     all parties of record